UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ANGEL HINOJOSA,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-08462-JLT-CDB (SS)<br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br>(Doc. 11) |

Pending before the Court is the stipulated request of Plaintiff Andrew Angel Hinojosa to extend the deadline to file a motion for summary judgment by 25 days from December 21, 2026, through and including January 15, 2027. (Doc. 11). In support, Plaintiff's counsel offers that he/she has numerous briefs due before other courts and requires additional time to brief the issues in this action. *Id.* at 1. Defendant does not oppose the request and has stipulated to the requested relief. *Id.* at 2.

For good cause shown by the parties' representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **January 15, 2027**. The opposition and optional reply shall be filed consistent with the Court's scheduling order. (Doc. 4).

IT IS SO ORDERED.

Dated: **November 23, 2026**

UNITED STATES MAGISTRATE JUDGE